IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00132-MEH

FIRST MERCURY INSURANCE COMPANY,

    Plaintiff,

v.

UNITED SPECIALTY INSURANCE COMPANY,

    Defendant.

_____

## MINUTE ORDER
_____

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 23, 2015.**

    Defendant United Specialty Insurance Company's Motion to Set Aside Default [filed February 18, 2015; docket #13] is **denied as moot**, as no default has been entered in this case.